# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANNINE SAUER; GEORGE ANDERSON; TAMMIE ROUNDS; DEBORAH FINNELL; and MICHELLE HUNTLEY-OLLIVIER, on behalf of the United States of America,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>HYATT FAMILY FACILITIES, LLC d/b/a NORTH CENTRAL CARE & REHABILITATION; WILLOW SPRINGS CARE & REHABILITATION; LANDMARK CARE & REHABILITATION; SELAH CARE & REHABILITATION; AMBER HILLS CARE & REHABILITATION; and JOHN/JANE DOES 1-100,<br><br>Defendants. | No. 2:17-cv-00011-SAB<br><br>**ORDER GRANTING RELATORS' VOLUNTARY MOTION OF DISMISSAL** |

Before the Court is the Plaintiffs/Relators' Voluntary Motion of Dismissal, ECF No. 8. Plaintiffs/Relators' ask the Court to enter an Order dismissing the case with prejudice. The United States asks that the dismissal be without prejudice as to the United States. ECF No. 9.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs/Realtors' Voluntary Motion of Dismissal, ECF No. 8 is

**ORDER GRANTING RELATORS' VOLUNTARY MOTION OF DISMISSAL ~ 1**

**GRANTED**.

2. The above-captioned action is **dismissed** without prejudice.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel for Plaintiffs-Relators and the United States of America only, and close the file.

**DATED** this 21st day of November 2017.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING RELATORS' VOLUNTARY MOTION OF DISMISSAL ~ 2**